UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-80713-SMITH/MATTHEWMAN

NELSON FERNANDEZ,

    Plaintiff,

vs.

SHOP 601, LLC,

    Defendant.
_____/

### ORDER ADOPTING REPORT AND RECOMMENDATION

This cause is before the Court on the Magistrate Judge's Report and Recommendation on Plaintiff's Application for Attorney's Fees, Costs, and Expert Expenses [DE 14], in which the Magistrate Judge recommends granting in part Plaintiff's Application for Attorney's Fees, Costs, and Expert Expenses [DE 12] and granting Plaintiff's Bill of Costs [DE 11]. No objections have been filed to the Report and Recommendation. Thus, having reviewed, *de novo*, Magistrate Judge Valle's Report and Recommendation, the record, and given that Plaintiff has not objected, it is

    **ORDERED** that

    1. The Report and Recommendation to District Judge [DE 14] is **AFFIRMED and ADOPTED.**

    2. Plaintiff's Application for Attorney's Fees, Costs, and Expert Expenses [DE 12] is **GRANTED in part and DENIED in part** and the Bill of Costs [DE 11] is **GRANTED:**

        a) Plaintiff is awarded $2,932.50 in attorney's fees.

        b) Plaintiff's Application for Expert Expenses is **DENIED.**

        c) Plaintiff is awarded $485.80 in costs.

3. The Court will enter a separate judgment.

**DONE AND ORDERED** in Fort Lauderdale, Florida this 30th day of October, 2020.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:   All parties of record